808

No. 168. UNITED STATES *v.* PEWEE COAL CO., INC. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. 

No. 169. UNITED STATES *v.* WHEELOCK BROS., INC.; and

No. 177. WHEELOCK BROS., INC. *v.* UNITED STATES. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Franklin N. Parks* for Wheelock Bros., Inc. Reported below: 115 Ct. Cl. 733, 88 F. Supp. 278.

No. 170. UNITED STATES *v.* PENNER INSTALLATION CORP. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Albert Foreman* and *M. Carl Levine* for respondent. 

No. 204. CAPITAL TRANSIT CO. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *George D. Horning, Jr.* and *Frank F. Roberson* for petitioner. *Acting Solicitor General Raum* for the United States. 